**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01509-CV

## IN RE DALLAS ETRIS, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00611-X**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's December 11, 2015 and December 14, 2015 motions for temporary

stay of proceedings in the trial court. We **ORDER** relator to bear the costs of this original

proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE